**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

STANLEY RIDEOUT                                                                                    PLAINTIFF

vs.                                                                      CIVIL ACTION NO. 3:05-cv-374  WS

TOBY TROWBRIDGE                                                                              DEFENDANT

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that the plaintiff's motion be denied, defendant's motion be granted, and the complaint be dismissed with prejudice.  The above-styled and numbered cause is dismissed without prejudice.

**SO ORDERED, this the 2nd day of August, 2006.**

                                                                        s/ HENRY T. WINGATE
                                                                        **CHIEF UNITED STATES DISTRICT JUDGE**